J-S35036-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| SYHEAM MANN, | |
| Appellant | No. 262 EDA 2015 |

Appeal from the PCRA Order December 24, 2014
In the Court of Common Pleas of Delaware County
Criminal Division at No(s): CP-23-CR-0004106-2009

BEFORE:  FORD ELLIOTT, P.J.E., BENDER, P.J.E., and MUSMANNO, J.

CONCURRING STATEMENT BY BENDER, P.J.E.:        **FILED JULY 08, 2016**

I write separately only to note that this Court's decision in **Commonwealth v. Riggle**, 119 A.3d 1058 (Pa. Super. 2015), pertaining to timely PCRA petitions asserting illegal sentencing claims based on sentencing statutes rendered unconstitutional by **Alleyne v. United States**, 133 S.Ct. 2151 (2013), is currently being reconsidered by an *en banc* panel of this Court in **Commonwealth v. Ciccone**, No. 3114 EDA 2014 (certified for *en banc* review by order dated October 26, 2015, without the filing of a panel decision).   As of the date of the filing of this memorandum, however, **Riggle** is still good law.  Accordingly, I join the majority memorandum in its entirety.

Judge Musmanno joins this concurring statement.